IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: LEPRE ) Civil Action No. 11-0606

## ORDER

AND NOW, this 13th day of February, 2012, it is HEREBY ORDERED in accordance with the Court of Appeals for the Third Circuit's January 17, 2012 certified order in lieu of formal mandate, that the instant appeal is dismissed, without prejudice to Lepre's right to move to reopen it upon payment of the necessary appeal fee;

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this case CLOSED.

BY THE COURT,

_____, C.J.

cc: Honorable Jeffery A. Deller

All Counsel of Record